Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

MERRELL, J., not sitting.

C. LUDWIG BAUMANN & CO., BROOKLYN, v. BAUMANN et al. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by C. Ludwig Baumann & Co., Brooklyn, against Amelia Baumann and others. No opinion. Motion for stay granted. See Socialistic Co-op. Pub. Ass'n v. Kuhn, 164 N. Y. 473, 58 N. E. 649.

COEN, Appellant, v. JAMES, Respondent. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Mary L. Coen against Peter H. James, individually and as trustee, etc. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect her appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

COHEN, Appellant, v. COHEN, Respondent, (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Louis Cohen against Rebecca Cohen. H. Greenberg, of New York City, for appellant. S. Wechsler, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed. See, also, 160 App. Div. 240, 145 N. Y. Supp. 652.

COLE, Respondent, v. CLINTON, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Norman J. Cole against Henry J. Clinton. No opinion. Judgment and order unanimously affirmed, with costs.

COLE, Respondent, v. TOWN OF TIOGA, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Daniel H. Cole against the Town of Tioga. No opinion. Judgment and order unanimously affirmed, with costs.

In re COLEMAN. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of John M. Coleman, an attorney. No opinion. Referred to official referee. Settle order on notice.

COLLINS, Appellant, v. LORDLY, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Dudleigh C. Collins against Alfred C. Lordly. W. W. Pickard, of New York City, for appellant. T. J. McManus, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

COLTON, Respondent, v. POTTER, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Claude Colton against Fred B. Potter. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 156 App. Div. 880, 140 N. Y. Supp. 1114.

In re COMMISSIONER OF PUBLIC WORKS. In re BRIDGE OVER HARLEM RIVER. (Supreme Court, Appellate Division, First Department. June 12, 1914.) In the matter of the Commissioner of Public Works. In the matter of the Bridge over Harlem River. No opinion. Order affirmed, with costs and disbursements, on authority of In re Commissioner of Public Works, etc., 135 App. Div. 561, 120 N. Y. Supp. 930. Order filed.

CONANT et al., Water Com'rs, Appellants, v. HARRISON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Chester W. Conant and others, as Water Commissioners of a certain water district in Sodus, Wayne County, N. Y., against Emma S. Harrison and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

ROBSON, J., not sitting.

CONDE, Appellant, v. CONDE, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Leon Conde against Mary M. Conde. R. G. Perry, of New York City, for appellant. W. S. Evans, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

CONDON, Respondent, v. H. C. STOWE CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by James Condon, an infant, etc., against the H. C. Stowe Construction Company. No opinion. Motion denied, without costs, and case ordered placed at the foot of the present calendar.

CONNORS, Respondent, v. NYAHAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Thomas P. Connors, as administrator, etc., against Stephen Nyahay and another, copartners, etc. No opinion. Judgment and order unanimously affirmed, with costs.

CONSTANTINO v. WATSON CONTRACTING CO. et al. (No. 5943.) (Supreme Court, Appellate Division, First Department. June 12, 1914.) Appeal from Trial Term, New York County. Action by Rosina Constantino, administratrix, against the Watson Contracting Company, impleaded, etc. Judgment for plaintiff, and defendant named appeals. Reversed, and complaint dismissed. James F. Donnelly, of New York City, for appellant. Milton M. Goldsmith, of New York City, for respondent.

PER CURIAM. There was no evidence to justify the jury in finding that the defendant was guilty of negligence. The judgment and order appealed from are therefore reversed, with costs, and the complaint dismissed.